UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-2504 (DSD/ECW)

Darek Nelson,

    Plaintiff,

v.

**ORDER**

The Crime Victims Reparations
Act and Mat Cassell,

    Defendants.

Based upon the report and recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated October 17, 2019, all the files and records and proceedings herein, and no objections having been filed to said report and recommendation, **IT IS HEREBY ORDERED** that:

1. The report and recommendation [ECF No. 6] is adopted in its entirety; and

2. This action is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 4, 2019

s/ David S. Doty
David S. Doty, Judge
United States District Court